DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JEAN MARCEL COULANGES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-1211

[October 25, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Timothy Bailey, Judge; L.T. Case No. 11-8460CF10A.

Jean Marcel Coulanges, Malone, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., KLINGENSMITH and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***